# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| NICHOLAS J. FOLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV412-236 |
| SAVANNAH FIRE DEPARTMENT, | ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

On October 22, 2012, the Court ordered Nicholas Foley to submit, within 21 days, an amended complaint naming a defendant capable of being sued. (Doc. 3.) He has not complied. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action, and for failing to respond to an order of this Court. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983);

*Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 24Th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA